UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WESTLEY JOHNSON,

    Plaintiff,

v.

    Case No. 19-cv-11268
    Hon. Matthew F. Leitman

COLIN LALONDE,

    Defendant.
_____/

## ORDER TERMINATING AS MOOT PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH SETTLEMENT AGREEMENT (ECF No. 36)

In a letter filed with the Court on April 30, 2020, Plaintiff Westley Johnson asked the Court to require Defendant's counsel to change the form in which certain settlement payments were being made. (*See* Johnson Letter, ECF No. 36, PageID.191.) The Court treated Johnson's letter as a motion to compel Defendant to comply with the parties' settlement agreement, and it ordered Defendant to respond to the motion. (*See* Order, ECF No. 38.)

Defendant filed his response on May 5, 2020. (*See* Resp., ECF No. 36.) In that response, Defendant informed the Court that he has changed the method of payment "as requested by [Johnson]." (*Id.*, PageID.198.) Accordingly, because

1

Defendant has complied with Johnson's request, the Court **TERMINATES** Johnson's motion (ECF No. 38) without prejudice as moot.

    **IT IS SO ORDERED.**

                                                                   s/Matthew F. Leitman
                                                                   MATTHEW F. LEITMAN
                                                                   UNITED STATES DISTRICT JUDGE

Dated: May 11, 2020

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 11, 2020, by electronic means and/or ordinary mail.

                                                                   s/ Holly A. Monda
                                                                   Case Manager
                                                                   (810) 341-9764